UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SUPPRESSED 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE GONZALEZ,<br><br>Defendant. | No.<br><br>**4:20CR00081 RLW/PLC** |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about November 14, 2017, within Jefferson County, in the Eastern District of Missouri,

**JOSE GONZALEZ,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in excess of 500 grams.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(A)(viii).

### COUNT TWO

The Grand Jury further charges that:

On or about December 16, 2017, within Jefferson County, in the Eastern District of Missouri,

**JOSE GONZALEZ,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance, in excess of 50 grams.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(B)(viii).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
CASSANDRA J. WIEMKEN, #91586(KY)
Assistant United States Attorney