UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:20 CR 00081 RLW PLC |
| | ) | |
| | ) | |
| JOSE GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES OF AMERICA'S DISCLOSURE OF ARGUABLY-SUPPRESSIBLE EVIDENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12(b)(4)

The United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Cassandra Wiemken, Assistant United States Attorney for said District, makes the following disclosures pursuant to Federal Rule of Criminal Procedure 12(b)(4):

At trial, the United States intends to use the evidence seized and statements made by the Defendant and others as a result of the arrest made in this case. This evidence is fully described in the discovery which has been provided to the attorney for the Defendant under separate cover.

As additional evidence is found and as supplemental information comes to the United States' attention, the United States will provide notice to the defense of its intention to use such additional evidence.

        Respectfully submitted,

        JEFFREY B. JENSEN
        United States Attorney


        /s/ Cassandra Wiemken
        CASSANDRA WIEMKEN, #91586KY
        Assistant United States Attorney
        111 S. 10th Street, 20th Floor
        St. Louis, Missouri   63102
        (314) 539-2178
        cassandra.wiemken@usdoj.gov


## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 17, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

    All Attorneys of Record for Defendant.


        /s/ Cassandra Wiemken
        CASSANDRA WIEMKEN, #91586KY
        Assistant United States Attorney